UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BRYANT, | ) | |
| | ) | Case No. |
| Plaintiff, | ) | |
| v. | ) | Judge |
| | ) | |
| P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673 individually and THE CITY OF CHICAGO, | ) ) ) | Magistrate Judge |
| | ) | Jury Demand |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES the Plaintiff, KEITH BRYANT, by and through his attorneys, GREGORY E. KULIS & ASSOCIATES, LTD., complaining against the Defendants, P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673, individually and THE CITY OF CHICAGO as follows:

### COUNT I – FALSE ARREST

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental Jurisdiction of the State of Illinois.

3) The Plaintiff, KEITH BRYANT, was at all relevant times a United States citizen and permanent resident of the State of Illinois.

4) The Defendants, P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673, were at all relevant times duly appointed police officers of the CITY OF CHICAGO and were acting

within their scope of employment and under color of law.

  5)  On January 10, 2015, the Plaintiff was driving his vehicle in the vicinity of 91st and Commerce, Chicago, IL.

  6)  The Plaintiff, KEITH BRYANT, stopped when an acquaintance flagged him down asking for a ride.

  7)  The Plaintiff was not committing a crime or breaking any laws.

  8)  The Defendants drove up on him in their squad car and pulled him over.

  9)  The Defendants did not have probable cause to stop the Plaintiff.

  10)  The Defendants told the Plaintiff to not move and to raise his hands.

  11)  The Plaintiff complied with the Defendants orders.

  12)  The Defendants allegedly found some drugs on the acquaintance and the Plaintiff's passenger.

  13)  Plaintiff was not in possession of any drugs.

  14)  Plaintiff was not conducting any illegal activity.

  15)  The Defendants took the Plaintiff into custody and arrested him.

  16)  The Plaintiff was not committing a crime or breaking any laws.

  17)  Said actions were intentional, willful and wanton.

  18)  There was no probable cause to arrest the Plaintiff.

  19)  As a result of Plaintiff's arrest, the Plaintiff spent approximately twenty-one (21) months in jail.

  20)  As a result of the actions of the Defendants the Plaintiff spent approximately twenty-one (21) months in jail.

21) Said actions of the Defendants, P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673, violated the Plaintiff, KEITH BRYANT'S Fourth and Fourteenth Amendment Rights of the United States Constitution as protected by 42 U.S.C. §1983.

22) As a direct and proximate consequence of said conduct of the Defendants, P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673, the Plaintiff, KEITH BRYANT, suffered violations of his constitutional rights, emotional anxiety, fear, pain, suffering, monetary loss and expense and taken of his freedom.

WHEREFORE, the Plaintiff, KEITH BRYANT, prays for judgment against the Defendants, P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673, jointly and severally, for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT II – DEPRIVATION OF PROPERTY

1-20) The Plaintiff, KEITH BRYANT, hereby realleges and incorporates his allegations of paragraphs 1-20 of Count I as his respective allegations of paragraphs 1-20 of Count II though fully set forth herein.

21. As a result of the actions of the Defendants the Plaintiff's vehicle was seized.

22. There was no contraband or illegal substances found in Plaintiff's vehicle.

23. Plaintiff's vehicle was seized and then sold or destroyed.

24. Said action was a wrongful seizure and deprivation of Plaintiff's property and violation of the Fourth and Fourteenth Amendment as protected by 42 U.S.C. §1983.

25. As a result of the arrest and actions of the Defendants, the Plaintiff lost his vehicle and continued use thereafter.

WHEREFORE, the Plaintiff, KEITH BRYANT, prays for judgment against the Defendants, P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673, jointly and severally, for reasonable compensatory damages, punitive damages, plus attorneys' fees and costs.

### COUNT III – MALICIOUS PROSECUTION

1-17) The Plaintiff, KEITH BRYANT , hereby realleges and incorporates his allegations of paragraphs 3-20 of Count I as his respective allegations of paragraphs 1-17 of Count III though fully set forth herein.

18) The Defendants charged the Plaintiff with manufacturing and delivery of narcotics.

19) The Defendants proceeded with the prosecution of this case knowing the allegations were false.

20) The criminal matter was resolved in favor of the Plaintiff, KEITH BRYANT.

21) As a result of the actions of the Defendants, the Plaintiff, KEITH BRYANT, suffered emotional anxiety, fear, pain, suffering, monetary loss and expense and monetary loss and the taking of his freedom.

WHEREFORE, the Plaintiff, KEITH BRYANT, prays for judgment against the Defendants, P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673, jointly and severally, for reasonable compensatory damages, punitive damages, and costs.

### COUNT IV- INDEMNIFICATION – CITY OF CHICAGO

1-32) The Plaintiff, KEITH BRYANT, hereby realleges and incorporates his allegations of paragraphs 1-32 of Counts I and II and III as his respective allegations of paragraphs 1-32 of Count III as though fully set forth herein.

33) Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

34) Defendants, P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673 are employees of the CITY OF CHICAGO Police Department who acted within the scope of their employment in committing the misconduct described herein.

35) Should any of the Defendants, P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673, be found liable for the acts alleged above, the CITY OF CHICAGO would be liable to pay the Plaintiff, KEITH BRYANT any judgment obtained against said Defendants.

WHEREFORE, the Plaintiff, KEITH BRYANT, prays for judgment against the Defendants, P.O. BANSLEY #8791 and P.O. D.G. ADCOCK #6673, jointly and severally, for reasonable compensatory damages, punitive damages, and costs.

### JURY DEMAND

The Plaintiff, KEITH BRYANT, requests a trial by jury.

Respectfully submitted,

/s/Gregory E. Kulis
Gregory E. Kulis and Associates

Gregory E. Kulis and Associates
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830
No, 6180966